RHONDA PEREZ, Respondent, v JOHN NEVAREZ, Appellant. *[938 NYS2d 434]*

The appeal is moot because following the issuance of the order on appeal, the motion court issued an amended order granting defendant the relief he sought, namely directing plaintiff to comply with the demand for compulsory disclosure and notice for discovery and inspection, within 45 days of the amended order. Concur—Tom, J.P., Andrias, Catterson, Richter and Abdus-Salaam, JJ.